In the Matter of the General Assignment for the Benefit of Creditors of SPRING HILL GOLF & COUNTRY CLUB, a Domestic Corporation, Assignor, to JESSE HERBERT FINKLER, Assignee, Respondent. WILLIAM A. HYMAN, Appellant.— Order denying a creditor's motion to modify order dated September 10, 1934, by striking therefrom the provision directing the assignee to pay the sum of $750 to Frank I. Finkler, as attorney, as and for the services rendered on behalf of said assignee, reversed on the facts, with ten dollars costs and disbursements, and motion granted, without costs. We deem the sum of $500, already received by the assignee's attorney, adequate compensation for the services rendered. Young, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., not voting.

MAY H. JUNIOR, as Executrix, etc., of EUGENE D. JUNIOR, Deceased, Appellant, v. JULIA V. JOSEFSON, Individually and as Executrix, etc., of FRANK V. JOSEFSON, Respondent, and Others, Defendants.— Order dated March 11, 1935, denying motion to confirm report of official referee, and also denying application for a deficiency judgment in so far as it prays for such judgment as against Julia V. Josefson, individually and as executrix; order dated April 6, 1935, granting motion for reargument and on reargument denying motion to confirm report; and order dated May 25, 1935, denying motion to vacate the orders of March eleventh and April sixth on the ground of newly-discovered evidence and fraud, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

GODFREY KNIGHT, Appellant, v. MARGARET KNIGHT, Respondent.— Judgment dismissing the plaintiff's complaint for separation and granting a separation to the defendant on her counterclaim, with alimony, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN LINDSAY, Respondent, v. ALBERT J. PFEIFFER, Appellant.—Action to recover damages for personal injuries sustained by plaintiff through the collision of defendant's automobile with the automobile in which plaintiff was a passenger. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.